IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| RECKO ELLIS, | : |
| Plaintiff | : |
| VS. | : 7 : 07-CV-26 (HL) |
| CALVIN TROY, Sergeant, Lowndes County Jail, | : |
| Defendant. | : |

**RECOMMENDATION**

Presently pending in this action brought pursuant to 42 U.S.C. § 1983 are various motions filed by the plaintiff seeking the entry of judgment. The court notes that in addition to these motions lacking any actual evidentiary support or merit, defense counsel has informed the court by letter dated October 22, 2007, that none of these motions have been served on the defendant, despite the attachment by the plaintiff of certificates of service. Based on the plaintiff's failure to serve copies of his motions and pleadings on the defendant, and inasmuch as his motions seeking the entry of judgment provide no evidentiary support for such relief, it is the recommendation that the pending motions for judgment filed by the plaintiff be **DENIED** (documents # 11, #15, #16, #18). Pursuant to 28 U.S.C. § 636(b)(1), the parties may file written objections to this recommendation with the Honorable Hugh Lawson, Chief United States District Judge, WITHIN TEN (10) DAYS of receipt thereof.

**SO RECOMMENDED**, this 9th day of November, 2007.

/s/ *Richard L. Hodge*
RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE

asb